ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 3 1 2005
U.S. COURT OF FEDERAL CLAIMS

DANKA DE PUERTO RICO, INC.

Plaintiff

vs.

UNITED STATES OF AMERICA

Defendant

No. 05- 586C

Rule 7.1 Disclosure Statement

Plaintiff Danka de Puerto Rico, Inc. is a wholly-owned subsidiary of Danka Business Systems, PLC, a publicly held corporation.

RESPECTFULLY SUBMITTED.

In San Juan, P.R., this 20th day of May, 2005.

GABRIEL I. PEÑAGARICANO
USDCPR 120608
P.O. Box 9023520
San Juan, P.R. 00902-3520
Tel: (787) 725-2526
Fax: (787) 722-1528
email: guigo34@hotmail.com