IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANKA DE PUERTO RICO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-586C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED OUT OF TIME MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including October 3, 2005, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint was due on August 1, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Although the complaint was filed with the court on May 31, 2005, for reasons that are unknown, defendant’s counsel did not receive notice of the new case and the complaint itself until approximately July 10, 2005. Defendant’s counsel mistakenly used September 10, 2005, approximately 60 days from his receipt of the complaint (rather than 60 days from the actual filing date) as the projected due date for purposes of his calendar. Upon realizing this mistake, this motion was promptly generated and filed. Defendant’s counsel regrets this error and will work to ensure that it is not repeated.

In addition, upon receipt of the complaint, defendant's counsel promptly forwarded it to the United States Property and Fiscal Officer for review and assistance. This case involves a Puerto Rican contractor performing a contract in Puerto Rico. The unusual location of this case has contributed to the extension of time that is required for defendant's counsel to gather information and points of contact for the case. The enlargement is necessary to permit defendant's counsel to gather the necessary information to respond to plaintiff's complaint, prepare the appropriate response, obtain supervisory review, and file it.

For the foregoing reasons, we respectfully request the Court to grant our unopposed out of time motion for an enlargement of time of 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391

Fax: (202) 353-7988

Attorneys for Defendant

August 16, 2005

CERTIFICATE OF FILING

I hereby certify that on August 16, 2005, a copy of foregoing “DEFENDANT'S UNOPPOSED OUT OF TIME MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith