# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed August 17, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**DANKA DE PUERTO RICO, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

On August 16, 2005, Defendant filed an unopposed motion for an enlargement of time of 60 days, up to and including **October 3, 2005**, within which to respond to plaintiff's complaint. Good cause having been shown, this motion is **GRANTED NUNC PRO TUNC**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**