# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed October 4, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**DANKA DE PUERTO RICO, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On October 3, 2005, Defendant filed an unopposed motion for an enlargement of time of 30 days, up to and including **November 2, 2005**, within which to respond to plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**