IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANKA DE PUERTO RICO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-586C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO FILE JOINT PRELIMINARY STATUS REPORT OUT OF TIME AND JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A, Rules of the United States Court of Federal Claims, the parties submit the following Joint Preliminary Status Report in response to questions set forth in paragraph III(4) of Appendix A. The parties respectfully request that the Court accept the joint preliminary status report out of time because counsel for the parties inadvertently failed to correctly calendar the due date for the joint preliminary status report. The parties apologize to the Court for any inconvenience this mistake may have caused and will work to ensure that it is not repeated.

a. Jurisdiction:

The parties currently perceive no jurisdictional defects in this case.

b. Consolidation:

The parties do not believe that this case should be consolidated with any other case.

c. Bifurcation:

The parties do not believe that the trial of liability and quantum should be bifurcated.

d. Deferral:

The parties know of no reason to defer proceedings in this case pending consideration of any other case presently before the Court.

e. Remand/Suspension:

See response to item c, above.

f. Joinder:

The parties do not believe any other party will be joined.

g. Dispositive Motions:

The parties do not anticipate filing dispositive motions prior to the completion of discovery but may reassess the filing of dispositive motions during the discovery period.

h. Relevant Issues:

1. Whether the Government is contractually liable to the plaintiff for premature termination and monthly charges for the Government's decision to replace some of the copiers that were leased to the Government by the plaintiff.

2. If the Government is contractually liable to the plaintiff, what is the appropriate measure and amount of damages for premature termination penalties, monthly charges, and late fees to which the plaintiff is entitled.

i. Settlement:

The parties will conduct settlement negotiations, and will discuss the possibility of submitting this case for alternative dispute resolution as discovery proceeds. If the parties agree to pursue alternative dispute resolution, we will notify the Court promptly.

j. Trial:

Both parties anticipate proceeding toward trial should discovery reveal that dispositive motions, ADR, or settlement are inappropriate. The parties recommend that trial should be held in San Juan, Puerto Rico.

k. Electronic Case Management:

The parties are aware of the Court's electronic case management procedures and will comply with them. In addition, the parties will cooperate with regard to the use of electronic document management techniques where possible.

l. Other Information:

There is no other information of which the Court should be made aware at this time.

Discovery:

The parties request a discovery period of six months, commencing with the approval of this joint preliminary status report. The parties propose that expert reports be due 70 days before the end of the discovery period, with expert depositions

to take place thereafter. The parties also propose that they file a joint status report proposing further proceedings within 30 days after the close of discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988
Email: brian.smith@usdoj.gov

Attorneys for Defendant

s/Gabriel I. Penagaricano
GABRIEL I. PENAGARICANO
PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969
Tel: (787) 287-9024
Fax: (787) 731-0679
Email: guigo34@hotmail.com

Attorney for Plaintiff

February 8, 2006