# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed February 10, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DANKA DE PUERTO RICO, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION TO FILE PRELIMINARY STATUS REPORT NUNC PRO TUNC**

---

On February 8, 2006, the parties filed a joint motion to a file joint status report out of time. The deadline for the joint status report was January 23, 2006. Good cause having been shown, this motion is **GRANTED NUNC PRO TUNC**. The Clerk is directed to accept the parties' joint status report.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**