# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed February 28, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DANKA DE PUERTO RICO, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**
**PRELIMINARY SCHEDULING CONFERENCE**

---

Pursuant to the agreement of the parties, a preliminary scheduling conference will be conducted at **11:00 a.m. ET on March 15, 2006.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**