# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed March 15, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DANKA DE PUERTO RICO, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the Court held a telephonic conference with the parties on March 14, 2006, to set a schedule for discovery, pretrial, and trial and to address any outstanding issues with the parties. The parties notified the Court that they are pursuing settlement discussions. In accordance with the representations made during the conference, the Court schedules the following:

1. **Settlement Status Report**. On **June 15, 2006**, the parties shall submit a joint status report on the progress of their settlement efforts.

2. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **July 14, 2006**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

3. **Expert Discovery**. The parties anticipate calling expert witnesses. The deadline for expert identifications and reports shall be **June 30, 2006**, with expert depositions to take place thereafter. The deadline for completion of all discovery is **July 14, 2006**.

4. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **July 21, 2006**.

5. **Memorandum of Contentions of Fact and Law**. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **July 24, 2006**. Defendant shall file its responsive Memorandum on or before **August 21, 2006**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

6. **Pretrial Conference**. The pretrial conference will be conducted via telephone on **August 23, 2006**, **at 2:00 p.m. EST**, and will be transcribed. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **August 9, 2006**, so that such objections may be discussed at the pretrial conference. The parties shall be prepared to argue any outstanding motions in limine at the pretrial conference. The parties shall prepare and submit prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, a copy of which will be, at the request of a party, provided to the party in electronic form by the court.

7. **Trial**. Trial will be conducted on **Tuesday, September 12, 2006 through Thursday, September 14, 2006**, in Puerto Rico. Trial will begin at 9:00 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders. During each day of trial, the court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the court is willing to sit late to accommodate the schedules of witnesses and counsel.

8. **Exhibits**. At the outset of trial, each party shall provide the Court with a binder containing all of its exhibits, as well as a copy of the attached chart entitled "List of Trial Exhibits," listing each of a party's exhibits in numerical order and any objection in the notes section.

9. **Courtesy Copies of Documents**. Due to the continuing problems with Washington, D.C. mail, the parties are directed to fax courtesy copies of any time-sensitive documents to the court and opposing counsel throughout the proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

# DANKA DE PUERTO RICO V. UNITED STATES (03-2244C)
## LIST OF TRIAL EXHIBITS

**Plaintiffs' Exhibits:**

| PX# | DATE | DESCRIPTION | WITNESS | ACTION | NOTES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DANKA DE PUERTO RICO V. UNITED STATES (03-2244C)**
**LIST OF TRIAL EXHIBITS**

**Defendant's Exhibits:**

| DX# | DATE | DESCRIPTION | WITNESS | ACTION | NOTES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |