IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANKA DE PUERTO RICO, INC.<br>Plaintiff<br>vs.<br>UNITED STATES OF AMERICA<br>Defendant | No. 05-586C<br>Judge Mary Ellen Coster Williams |

NOTICE OF CHANGE OF ADDRESS

Please take note of the change of the mailing address as it appears in the signature element.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In Guaynabo, P.R., this 4th day of April, 2006.

s/ Gabriel I. Peñagarícano
GABRIEL I. PEÑAGARICANO
USDCPR 120608
PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969
Tel: (787) 287-9024
Fax: (787) 731-0679
email: quigo34@hotmail.com