IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANKA DE PUERTO RICO, INC. Plaintiff | |
| vs. | No. 05-586C |
| UNITED STATES OF AMERICA Defendant | Judge Mary Ellen Coster Williams |

NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

COMES NOW the undersigned attorney and notices the following changes of address and telephone number, as follows:

PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969

Tel. 787-287-9024

RESPECTFULLY SUBMITTED.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In Guaynabo, P.R., this 20th day of September, 2005.

s/Gabriel I. Peñagarícano
GABRIEL I. PEÑAGARICANO
USDCPR 120608
P.O. Box 9023520
San Juan, P.R. 00902-3520
Tel: (787) 725-2526
Fax: (787) 722-1528
email: guigo34@hotmail.com