IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANKA DE PUERTO RICO, INC., Plaintiff, | ) |
| v. | ) No. 05-586C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) |

JOINT STATUS REPORT

Pursuant to the Court's order of March 15, 2006, the parties report as follows: The parties have reached a tentative settlement of this case. Defendant's counsel is currently in the process of recommending approval of the proposed settlement and the parties anticipate that the case will be resolved by a stipulation filed with the Court in advance of the July 14, 2006, close of discovery. In the event that the settlement is not finalized by July 14, 2006, the parties will advise the Court on that date of the status of the settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division

Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988
Email: brian.smith@usdoj.gov

Attorneys for Defendant

s/Gabriel I. Penagaricano

GABRIEL I. PENAGARICANO
PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969
Tel: (787) 287-9024
Fax: (787) 731-0679
Email: guigo34@hotmail.com

Attorney for Plaintiff

June 12, 2006