IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANKA DE PUERTO RICO, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-586C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION TO SUSPEND PRETRIAL SCHEDULE

A tentative settlement has been reached in this case. The actions that must be taken prior to the filing of a stipulation for entry of judgment have not been completed,[1] but are being taken as of the date of this report. The parties estimate that the process will be completed shortly, propose to file the appropriate stipulation as soon as possible (but to report the status to Court if a stipulation is not filed within 30 days), and respectfully move to suspend the schedule for pretrial filings set forth in the Court’s order of March 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

[1] One of the Government counsel assigned to this case was assigned to duty in Iraq upon short notice.

K:\My Documents\Danka Puerto Rico\Joint status report 2 re settlement.wpd

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988
Email: brian.smith@usdoj.gov

Attorneys for Defendant

s/Gabriel I. Penagaricano
GABRIEL I. PENAGARICANO
PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969
Tel: (787) 287-9024
Fax: (787) 731-0679
Email: guigo34@hotmail.com

Attorney for Plaintiff

July 14, 2006