# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed July 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DANKA DE PUERTO RICO, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING JOINT MOTION TO STAY

On July 14, 2006, the parties filed a joint status report and motion to suspend the pretrial schedule pending settlement discussions. The parties report that although a tentative settlement has been reached, they need additional time for filing a stipulation for entry of judgment. Good cause having been shown, this motion is **GRANTED.** The parties shall file a joint status report on or before **August 15, 2006**, if a stipulation has not been filed as of that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**