IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANKA DE PUERTO RICO, INC., Plaintiff, | ) |
| v. | ) No. 05-586C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) |

STIPULATION FOR ENTRY OF JUDGMENT

For purposes of settling this action without further proceedings, and without any trial or adjudication of any issue of law or fact, and without constituting an admission of liability upon the part of either party, and for no other purpose, the parties stipulate and agree as follows:

1. Danka De Puerto Rico, Inc., ("Danka"), provided copier equipment to the United States Government, including the National Guard of Puerto Rico ("National Guard"), under contract GS-26F-1018B.

2. A dispute arose over payments claimed to be due to Danka for eight copiers procured by the National Guard under the "lease to ownership plan" provisions of the contract. Danka filed this suit pursuant to the Contract Disputes Act to recover its claimed payments.

3. The parties have entered into negotiations to resolve amicably this litigation. Danka offered to settle all of its claims in this case in accordance with the following terms:

(a) The parties shall stipulate to entry of judgment against the United States, in favor of Danka, in the amount of $140,652 plus CDA interest from June 15, 2006.

(b) Each party shall be responsible for its own costs, attorney fees, and expenses incurred in this litigation.

4. Plaintiff's offer has been accepted on behalf of the Attorney General.

5. Defendant consents to entry of judgment in favor of plaintiff in the amount of $140,652.00 plus CDA interest from June 15, 2006, with each party to bear its costs, expenses, and attorney fees.

6. Upon entry of judgment, plaintiff releases, waives, and abandons all claims against the Puerto Rico National Guard United States Property and Fiscal Office relating to contract GS-26F-1018B irrespective of whether these claims were asserted in the complaint in this action, including but not limited to any claims for costs, attorney fees, or expenses under any provision of law against the United States, its political subdivisions, or its officers, agents, or employees. Each party will bear its own costs, attorney fees, and expenses.

7. This stipulation is in no way related to or concerned with income or other taxes for which plaintiff is now liable or may be liable in the future as a result of this stipulation or as a result of the entry of a final judgment.

8. Plaintiff warrants and represents that no other action or suit with respect to the claims advanced in this suit is pending or will be filed in or submitted to any other court, administrative body, or legislative body, including but not limited to the General Accountability Office. Plaintiff further warrants and represents that it is the sole owner of the claims involved in Court of Federal Claims No. 05-586C, and that it has made no assignment or transfer of all or any part of its rights arising out of or related to the claims advanced in this suit. Should there be now or in the future any violation of these warranties and representations, all money paid by the United States pursuant to this stipulation or pursuant to any judgment entered pursuant to this stipulation shall be promptly refunded by plaintiff together with interest at the rate provided by 41 U.S.C. § 611, computed from the date that the United States makes such payment.

9. This stipulation is entered into solely for the purpose of settling this case and permitting entry of final judgment, and for no other, and this stipulation shall not be cited or otherwise referred to, in any proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as necessary to effectuate the terms of this stipulation.

10. Plaintiff's counsel represents that he/she has been and is authorized to enter into this stipulation on behalf of plaintiff.

11. This document constitutes a complete integration of the stipulation between the parties and supercedes any and all prior oral or written representations, understandings or agreements among or between them.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director
Authorized Representative
Of The Attorney General

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988
Email: brian.smith@usdoj.gov

Attorneys for Defendant

s/Gabriel I. Penagaricano
GABRIEL I. PENAGARICANO
PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969
Tel: (787) 287-9024
Fax: (787) 731-0679
Email: guigo34@hotmail.com

Attorney for Plaintiff

August 10, 2006