# In the United States Court of Federal Claims

**(No. 05-586C)**
**(Filed August 23, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **DANKA DE PUERTO RICO, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DIRECTING ENTRY OF JUDGMENT

In accordance with the parties' August 10, 2006 Stipulation for Entry of Judgment, the Clerk is directed to enter final judgment awarding Plaintiff the amount of $140,652.00, plus interest under the Contract Disputes Act from June 15, 2006, with each party to bear its own costs, expenses, and attorney fees. RCFC 58.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**