# In the United States Court of Federal Claims

**No. 05-586 C**

**DANKA DE PUERTO RICO, INC.,**

**v.**

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed August 10, 2006, and the court's August 23, 2006 Order Directing Entry of Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $140,652.00, plus interest under the Contract Disputes Act from June 15, 2006, with each party to bear its own costs, expenses, and attorney fees.

Brian Bishop
Clerk of Court

**August 25, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.