United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 7, 2006

Gabriel I. Penagaricano-Soler, Esq.

Penagaricano & Penigaricano

PMB 239

405 Avenue Esmeralda, Suite 102

San Juan, PR 00902

In re: Danka De Puerto Rico, Inc. v. United States, No.05-586C

Dear Gabriel:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated August 28, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Brian Spencer Smith, Esq.