IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANKA DE PUERTO RICO, INC.<br>Plaintiff<br>vs.<br>UNITED STATES OF AMERICA<br>Defendant | No. 05-586C<br>Judge Mary Ellen Coster Williams |

REQUEST FOR DOCUMENTS

TO THE CLERK OF THE COURT:

Subsequent to the stipulation filed by the parties and the entry of judgement in accordance with the said stipulation, Plaintiff was informed both by counsel for Defendant and by an officer of the Clerk's office that certain documents would be forwarded to the undersigned which, after completion, would produce payment of the judgment amount. As of this writing, nothing has been received, judgement has not been satisfied and interest thereon continues to accrue.

WHEREFORE, premises considered, it is respectfully requested that the documents necessary to effect payment of the judgment entered in the case at caption be forwarded to the undersigned without further delay.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

In Guaynabo, P.R., this 18th day of September, 2006.

s/ Gabriel I. Peñagarícano
GABRIEL I. PEÑAGARICANO
USDCPR 120608
PMB 239
405 Ave. Esmeralda, Ste. 102
Guaynabo, P.R. 00969
Tel: (787) 287-9024
Fax: (787) 731-0679
email: guigo34@hotmail.com